UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

        Plaintiff,        Case No. 1:14-cv-345

v.

                Honorable Paul L. Maloney

R. AULT et al.,

        Defendants.
_____/

**JUDGMENT**

    In accordance with the Order issued this date:

    IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice.


Dated:  June 12, 2014        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge