UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT D. SANGO, # 252200, | |
| Plaintiff, | Case No. 1:14-cv-345 |
| v. | Honorable Paul L. Maloney |
| ROBERT AULT, et al., | **JUDGMENT** |
| Defendants. | |

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that defendants' motion for summary judgment based on the affirmative defense provided by 42 U.S.C. §1997e(a) (ECF No. 95) is hereby GRANTED and all plaintiff's claims against defendants Ault, Tester, and Schafer are hereby DISMISSED WITHOUT PREJUDICE.

IT IS ORDERED that plaintiff's motions (ECF No. 104, 107) are hereby DISMISSED AS MOOT.

Dated:  March 31, 2016           /s/ Paul L. Maloney
                                 Paul L. Maloney
                                 United States District Judge