UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT D. SANGO, # 252200, | |
| Plaintiff, | Case No. 1:14-cv-345 |
| v. | Honorable Paul L. Maloney |
| R. AULT, et al., | **REPORT AND RECOMMENDATION** |
| Defendants. | |

This is a civil rights lawsuits that Robert D. Sango filed while he was held in the custody of the Michigan Department of Corrections (MDOC). Plaintiff achieved parole and then he absconded. Plaintiff failed to appear on May 2, 2017, for his deposition.

On June 27, 2017, defendants filed a motion under Rule 37(d)(3) seeking dismissal of plaintiff's complaint. (ECF No. 130). Plaintiff did not file a response.

On July 18, 2017, Judge Gordon J. Quist of this Court dismissed another lawsuit filed by plaintiff for failure to prosecute under FED. R. CIV. P. 41(b) and under W.D. MICH. LCIVR 41.1 for failing to provide a current address. *See Sango v. Bastian*, 2:15-cv-105 (W.D. Mich. July 18, 2017). I find no reason for a contrary result in the case.

## **Recommended Disposition**

For the reasons set forth herein, I recommend that defendants' motion (ECF No. 130) be granted and that this case be dismissed with prejudice pursuant to FED. R. CIV. P. 37(d)(3). I also recommend that this case be dismissed with prejudice under FED. R. CIV. P. 41(b) and W.D. MICH. LCIVR 41.1.

Dated: August 7, 2017  /s/ Phillip J. Green
United States Magistrate Judge

## **NOTICE TO PARTIES**

Any objections to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you. 28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b). All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b). Failure to file timely and specific objections may constitute a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008). General objections do not suffice. *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).