UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Sango,

    Plaintiff,

v.

Case No. 1:14-cv-345

HONORABLE PAUL L. MALONEY

R. Ault, et al.,

    Defendants.
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under Fed. R. App. P. 4(a).

Date: August 28, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District